# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2016

154057

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT DAREN HALE,
      Defendant-Appellant.

SC: 154057
COA: 332772
Oakland CC: 2015-256959-FC

_____/

On order of the Court, the application for leave to appeal the June 22, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2016



Clerk

t0726